| | | | | |
|---|---|---|---|---|
| American Ramp Co. v. City of Leavenworth | 105,630 | Denied | 05/20/13 | Unpublished |
| Anzua-Torres v. State | 105,083 | Denied | 05/20/13 | Unpublished |
| Bach v. National Beef Packing | 107,681 | Denied | 08/19/13 | Unpublished |
| Baggett v. Board of Douglas County Comm'rs | 104,441 | Denied | 05/20/13 | 46 Kan. App. 2d 580 |
| Barnes v. Board of Cowley County Comm'rs | 99,609 | Denied | 04/08/13 | 47 Kan. App. 2d 353 |
| Barnhardt v. Board of Logan County Comm'rs | 105,178 | Denied | 08/29/13 | Unpublished |
| Barron v. State | 106,740 | Denied | 07/19/13 | Unpublished |
| Blaskowski v. Cheney Door Company | 106,899 | Denied | 08/29/13 | Unpublished |
| Boldridge v. State | 105,704 | Denied | 05/20/13 | Unpublished |
| Bradley v. Bear | 104,080 | Denied | 05/20/13 | 46 Kan. App. 2d 1008 |
| Breazeale v. State | 107,518 | Denied | 08/30/13 | Unpublished |
| Brick Masters, Inc. v. Murray & Sons Constr. Co. | 107,426 | Denied | 08/29/13 | Unpublished |
| Briscoe v. Kansas Parole Board | 107,575 | Denied | 08/23/13 | Unpublished |
| Bryant v. State | 105,836 | Denied | 08/29/13 | Unpublished |
| Burdine v. State | 106,307 | Denied | 06/14/13 | Unpublished |
| Camp v. Bourbon County | 104,784 | Denied | 09/04/13 | Unpublished |
| Chambers v. Wesley Medical Center | 107,350 | Denied | 09/04/13 | Unpublished |
| Chubb v. State | 106,814 | Denied | 08/19/13 | Unpublished |
| City of Lenexa v. Bell | 105,874 | Denied | 05/20/13 | Unpublished |
| City of Lincoln Center v. Farmway Co-Op, Inc. | 105,962 | Granted | 04/19/13 | 47 Kan. App. 2d 335 |
| City of Overland Park v. McGregor | 107,698 | Denied | 08/29/13 | Unpublished |
| City of Shawnee v. Valle | 105,389 | Denied | 08/29/13 | Unpublished |
| City of Ulysses v. Degollado | 107,275 | Denied | 08/19/13 | Unpublished |
| City of Wellington v. Mendia | 107,747 | Denied | 08/30/13 | Unpublished |
| City of Wichita v. Molitor | 104,940 | Granted | 05/20/13 | 46 Kan. App. 2d 958 |
| City of Wichita v. Stevenson | 105,229 105,230 105,231 | Denied | 05/20/13 | Unpublished |
| Colbert v. State | 106,183 | Denied | 08/29/13 | Unpublished |
| Coleman v. State | 106,003 | Denied | 08/29/13 | Unpublished |
| Conley v. State | 106,372 | Denied | 06/14/13 | Unpublished |